UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  GIUSEPPE B. PALIOTTA          B.K. NO.: 1:08-bk-10505
Debtor

OBJECTION TO MOTION FOR RELIEF
FROM AUTOMATIC STAY


Debtor, by his Attorney, objects to the Motion for Relief from

Automatic Stay filed by GRP Loan, LLC.  Debtor has made the May

payment and will make the June payment no later then July 3, 2008 and is

willing to pay the attorney fee of the mortgagee through the Plan.


                                        GIUSEPPE B. PALIOTTA
                                        By his Attorney

June 29, 2008

                                        /s/John B.Ennis
                                        JOHN B. ENNIS, ESQ. #2135
                                        1200 Reservoir Avenue
                                        Cranston, Rhode Island 02920
                                        (401) 943-9230 – office

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that I mailed a copy of the within Objection to Motion

for Relief from Automatic Stay to the following listed below, by regular

mail, postage prepaid and/or electronically on this 29th day of June, 2008.


John Boyajian, Esq.
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI  02906

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI 02903

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI  02860


/s/ John B. Ennis, Esq.